IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

     Plaintiff,

                                              Case No. 19-cv-283-bbc

  v.

CO A. DEGROOT, CO ARNY,
CO GOMM, CO DETRIECH,
CO FRUBROADT AND SGT. WEYCKER,

     Defendants.

JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/2/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |